UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INSPIRA HEALTH NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Defendant. | Civil Action<br>No. 21-11124 (CPO)<br><br>ORDER |

**O'HEARN, District Judge.**

This matter comes before the Court on a Motion to Dismiss by Defendant American Guarantee and Liability Insurance Company, (ECF No. 33). The Court did not hear oral argument pursuant to Local Rule 78.1. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this  31st  day of  October , 2022,

**ORDERED** that Defendants' Motion to Dismiss, (ECF No. 33), is **GRANTED**, and Plaintiff's complaint is dismissed in its entirety.

　　　　　　　　　　　　　　　　　　　　　　　　　　
**CHRISTINE P. O'HEARN**
**United States District Judge**